UNITED STATES, Appellee

v

JACK PERRY, Corporal, U. S. Marine Corps, Appellant

8 USCMA 401, 24 CMR 211

No. 10,597

Decided November 8, 1957

*Major R. D. Humphreys* was on the brief for Appellant, Accused.
*Major Charles R. Larouche* was on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

At his trial for the theft of the hub caps from an automobile, the accused contested the voluntariness of his pre-trial confession. The president admitted the statement in evidence. In part, he instructed the Court members that they "should give weight to the statement only to the extent that . . . [they] believe it truthful." Other parts of his instruction are substantially like those in United States v Jones, 7 USCMA 623, 23 CMR 87. These instructions are erroneous and require reversal of the conviction. United States v Schwed, 8 USCMA 305, 24 CMR 115.

The decision of the board of review is reversed and the findings of guilty and the sentence are set aside. A rehearing may be ordered.